## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re EBC I, INC., f/k/a ETOYS, INC., | Chapter 11 |
| Reorganized Debtor. | Case No. 01-0706 (MFW) |
| | |
| EBC I, INC., f/k/a ETOYS, INC., | |
| Plaintiff, | Adv. Proc. No. 03-50003 (MFW) |
| v. | |
| AMERICA ONLINE, INC., | |
| Defendant. | |

### APPELLEE'S COUNTER-DESIGNATIONS

On January 22, 2008, EBC I, Inc. (f/k/a eToys, Inc.) filed a Notice of Appeal from the

January 10, 2008 Order resolving the above-captioned adversary proceeding. *See* Order at Dk.

No. 113, Notice of Appeal at Dk. No. 115.[1] On February 1, 2008, EBC I, Inc., as Appellant,

filed its Statement of Issues and Designation of Items To Be Included In Record On Appeal. *See*

Dk. No. 117.

AOL LLC (f/k/a America Online, Inc.), as Appellee, hereby counter-designates the

following items, in response to the designations of the Appellant EBC I, Inc:

### PLEADINGS AND DOCKET ENTRIES
(From The Above-Captioned Adversary Proceeding)

| Tab No. | Docket No. | Item Description |
|---|---|---|
| 1 | 2 | Summons and Notice of Pretrial (Entered: 01/03/2003) |
| 2 | 3 | Defendant America Online, Inc.'s Motion to Dismiss the Complaint (Entered: 02/13/2003) |
| 3 | 4 | Brief in Support of Defendant America Online, Inc.'s Motion to Dismiss |

---

[1]     The January 10, 2008 Order that is the subject of this Appeal was accompanied by the Court's Findings of Fact and Conclusions of Law [Dk. No. 111] and related Opinion [Dk. No. 112].

| | | |
|---|---|---|
| | | Complaint (Entered: 02/13/2003) |
| 4 | 5 | Motion and Order for Admission Pro Hac Vice of James R. Wrathall (Entered: 02/20/2003) |
| 5 | 6 | Motion and Order for Admission Pro Hac Vice of Carol J. Banta (Entered: 02/20/2003) |
| 6 | 7 | Order Approving Stipulated Briefing Schedule Related To Defendant America Online, Inc's Motion To Dismiss The Complaint Signed in Court on 2/21/2003 (Entered: 02/24/2003) |
| 7 | 8 | Plaintiff's Answering Brief In Opposition To AOL's Motion To Dismiss (Entered: 03/11/2003) |
| 8 | 9 | Notice of Service (Entered: 03/11/2003) |
| 9 | 10 | Reply Brief in Support of Defendant's Motion to Dismiss the Complaint (Entered: 03/19/2003) |
| 10 | 11 | Notice of Completion of Briefing and Grant of Request For Oral Argument (Entered: 03/21/2003) |
| 11 | 12 | Stipulated Scheduling Order (A) Establishing Dates For Conducting And Completing Discovery And For Filing And Responding To Dispositive Motions And (B) Authorizing Additional Extensions Upon Agreement Of The Parties Without Further Order Of The Court Signed on 3/24/2003 (Entered: 03/25/2003) |
| 12 | 13 | Notice of Service of Plaintiff's Initial Disclosures Under Rule 26(a) (Entered: 05/01/2003) |
| 13 | 14 | Notice of Service of Defendant America Online, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. Rule 26(a)(1) (Entered: 05/02/2003) |
| 14 | 15 | Certification of Counsel (Entered: 05/02/2003) |
| 15 | 16 | Answer of Defendant America Online, Inc. (Entered: 05/19/2003) |
| 16 | 17 | Notice of Service of Plaintiff's First Set of Requests for the Production of Documents and Plaintiff's First Set of Interrogatories to Defendant (Entered: 05/22/2003) |
| 17 | 18 | Notice of Service of (i) Responses and Objections of Defendant America Online, Inc. to Plaintiff's First Set of Interrogatories to Defendant, and (ii) Responses and Objections of Defendant America Online, Inc. to Plaintiff's First Set of Requests for the Production of Documents (Entered: 07/02/2003) |
| 18 | 19 | Certification of Counsel (Entered: 07/11/2003) |
| 19 | 20 | Notice of Service of Defendant America Online, Inc.'s First Set of Requests for Production of Documents (Entered: 07/16/2003) |
| 20 | 21 | Notice of Service of Defendant America Online, Inc.'s First Set of Interrogatories to Plaintiff (Entered: 07/21/2003) |
| 21 | 22 | Notice of Service re Plaintiff's Responses to Defendant's First Request for Production of Documents and Plaintiff EBC I, f/k/a eToys, Inc.'s Objections and Responses to Defendant's First Set of Interrogatories (Entered: 08/22/2003) |
| 22 | 23 | Notice of Service re Plaintiff's Response to Defendant America Online, Inc.'s First Set of Requests for Admission and Supplemental Response to Interrogatory No. 13 of Defendant's First Set of Interrogatories (Entered: |

| | | |
|---|---|---|
| | | 09/10/2003) |
| 23 | 25 | Certification of Counsel (Entered: 10/15/2003) |
| 24 | 26 | Scheduling Order (Revised Stipulated) (A) Establishing Dates for Conducting and Completing Discovery and for Filing and Responding to Dispositive Motions and (B) Authorizing Additional Extensions Upon Agreement of the Parties without Further Order of the Court -Order Signed on 10/21/2003 (Entered: 10/23/2003) |
| 25 | 27 | Certification of Counsel (Entered: 10/29/2003) |
| 26 | 28 | Motion and Order for Admission Pro Hac Vice of Gregory Chernack (Entered: 11/07/2003) |
| 27 | 30 | Order Granting Motion for Admission Pro Hac Vice of Gregory Chernack, Esquire (Entered: 11/13/2003) |
| 28 | 29 | Notice of Depositions (Entered: 11/11/2003) |
| 29 | 31 | Notice of Deposition of Steven Schoch and Subpoena Duces Tecum (Entered: 12/03/2003) |
| 30 | 32 | Notice of Deposition of Edward Lenk and Subpoena Duces Tecum (Entered: 12/03/2003) |
| 31 | 33 | Notice of Deposition of Peter Brine and Subpoena Duces Tecum (Entered: 12/03/2003) |
| 32 | 34 | Notice of Deposition Notice of Deposition and Subpoena Duces Tecum (Entered: 12/12/2003) |
| 33 | 35 | Notice of Service of Defendant America Online, Inc.'s Second Set of Requests for Admission (Entered: 12/17/2003) |
| 34 | 36 | Notice of Deposition of Chris Iannucelli (Entered: 01/05/2004) |
| 35 | 37 | Notice of Deposition of Mirza Baig (Entered: 01/05/2004) |
| 36 | 38 | Notice of Service of Plaintiff's Responses to Defendant America Online, Inc.'s Second Set of Requests for Admissions and Supplemental Response to Interrogatory No. 13 of Defendant's First Set of Interrogatories (Entered: 01/26/2004) |
| 37 | 39 | Certification of Counsel (Entered: 02/03/2004) |
| 38 | 40 | Notice of Service re Plaintiff's First Set of Requests for Admission Directed to Defendant and Plaintiff's Second Set of Interrogatories Directed to Defendant (Entered: 02/04/2004) |
| 39 | 41 | Notice of Change of Firm Name (Entered: 02/06/2004) |
| 40 | 42 | Notice of Service re Plaintiff's Responses To Defendant America Online, Inc.'s Second Set Of Requests For Admissions (Entered: 03/12/2004) |
| 41 | 43 | Notice of Service re: Responses and Objections of Defendant America Online, Inc. to Plaintiff's First Set of Requests for Admission Directed to Defendant and the Responses and Objections of Defendant American Online, Inc. to Plaintiff's Second Set of Interrogatories Directed to Defendant (Entered: 03/19/2004) |
| 42 | 44 | Scheduling Order (REVISED STIPULATED) (A) Establishing Dates For Conducting and Completing Discovery and For Filing and Responding To Dispositive Motions and (B) Authorizing Additional Extensions Upon Agreement of the Parties Without Further Order of the Court. (Entered: 03/26/2004) |

| 43 | 45 | Notice of Deposition (EBC 1 v. America Online, Inc (Entered: 04/26/2004) |
| 44 | 52 | Notice of Document Entered in Error, Filed by America Online, Inc.. (Entered: 05/18/2004) |
| 45 | 58 | Order Reassigning Case to the Honorable Paul B. Lindsey. Order Signed on 5/25/2004. (LCN, ) (Entered: 05/26/2004) |
| 46 | 62 | Notice of Change of Firm Name to Wilmer Cutler Pickering Hale and Dorr LLP (Entered: 06/03/2004) |
| 47 | 67 | Notice and Order of Request for Status Report with Certificate of Service (Entered: 06/18/2004) |
| 48 | 68 | Order Reassigning Adversary Proceeding to the Honorable Mary F. Walrath. Order Signed on 6/21/2004. (LCN, ) (Entered: 06/21/2004) |
| 49 | 69 | Certificate of Service (Entered: 06/21/2004) |
| 50 | 70 | Status Report F - Expected Date of Discovery/Disclosure (Entered: 07/02/2004) |
| 51 | 79 | Motion to Appear pro hac vice of Amanda L. Major, Esquire. (Entered: 12/19/2006) |
| 52 | 81 | Order Granting Motion for Admission pro hac vice of Amanda L. Major. Order Signed on 12/20/2006. (BJM) (Entered: 12/22/2006) |
| 53 | 90 | Copy of Transmittal of Motion for Leave to Appeal and Notice of Appeal, originally sent 1/23/07 (Entered: 04/27/2007) |
| 54 | 92 | Notice of Service of Supplemental Expert Report of Robert A. Hutchins (Entered: 05/31/2007) |
| 55 | 93 | Notice of Agenda of Matters Scheduled for 6/5/2007 at 10:30 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware. (Entered: 06/01/2007) |
| 56 | 94 | Minutes of Hearing held on: 06/05/2007 Subject: Pretrial Conference. Additional attachment(s) added on 6/5/2007 (LCN, ). (Entered: 06/05/2007) |
| 57 | 95 | Motion to Appear pro hac vice of Michael (Entered: 06/19/2007) |
| 58 | 97 | Order Granting Motion To Appear pro hac vice of Michael Snyder Order Signed on 6/20/2007. (MJY, ) (Entered: 06/22/2007) |
| 59 | 99 | Minutes of Hearing held on: 06/26/2007 Subject: Two-day trial. Additional attachment(s) added on 6/27/2007 (MJY, ). (Entered: 06/27/2007) |
| 60 | 109 | Order Granting Motion for Leave to File Reply. Order Signed on 8/14/2007. (MJY, ) (Entered: 08/15/2007) |
| 61 | 110 | Affidavit/Declaration of Service of Maria E. Whalen Regarding the Oder Granting Motion for Leave to File Supplemental Appendix to Post-Trial Brief of Defendant AOL (Entered: 08/16/2007) |
| 62 | 117 | Statement of Issues on Appeal and Designation of Items to be Included in Record, Filed by EBC I, Inc., f/k/a eToys, Inc.. (Entered: 02/01/2008) |

## DEPOSITION DESIGNATIONS

### Deposition of Peter Brine
### taken on December 19, 2003

| FROM | | TO | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 56 | 3 | 57 | 19 |
| 61 | 7 | 61 | 16 |
| 61 | 17 | 61 | 21 |
| 62 | 4 | 62 | 8 |
| 62 | 24 | 63 | 17 |
| 73 | 21 | 74 | 18 |
| 86 | 14 | 86 | 16 |
| 86 | 20 | 87 | 5 |
| 114 | 2 | 114 | 18 |

### Deposition of Toby Lenk
### taken on December 18, 2003

| FROM | | TO | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 106 | 23 | 106 | 24 |
| 149 | 21 | 149 | 23 |

## Appellee's Trial Exhibits

| Defendant's Exhibit Number | Date | Description |
| --- | --- | --- |
| 1 | 11/18/97 | PR Newswire: "eToys Announces Multi-Million Dollar Deal with America Online- Online Toy Retailer Strengthens Leading Position Through Advertising and Marketing Agreement with Top Internet Online Service" |
| 2 | 10/01/97 | Interactive Marketing Agreement |
| 3 | 01/01/98 | Addendum to Interactive Marketing Agreement |
| 4 | 02/09/99 | E-mail To: Peter and Phil; From: M Telesco; re: 1/22 MTG Follow up |
| 5 | 05/12/99 | E-mail To: AW Horrigan, KM Osio; From: Pegfry; re: FWD: AOL e-toys Proposal |
| 6 | 05/13/99 | E-mail To: AW Horrigan; From: Peter Brine; re: E-toys Rates |
| 7 | 07/01/99 | E-mail To: Sue Burger; From: M Telesco; re: FWD: Dreamcast Release |
| 8 | 07/09/99 | E-mail To: D Staley, Sue Burger; From: YangBNess; re: FWD: eToys |
| 9 | 07/12/99 | E-mail To: M Telesco, YangBNess, DavisNeil, AW Horrigan; From: M Telesco; re: eToys Shopping Placements |
| 10 | 07/27/99 | E-mail To: Sue Burger; From: Peter Brine; re: Follow up |
| 11 | 07/29/99 | E-mail To: Mary Telesco, Sue Burger; CC: Phil Polishook; From: Peter Brine; re: FW: Revised AOL Shopping Placements |
| 12 | 07/30/99 | E-mail To: Sue Burger; From D Staley; re: FWD: eToys Release |
| 13 | 08/03/99 | E-mail To: Sue Burger; From: RL Karp; re: FWD: eToys |
| 14 | 08/11/99 | eToys Deal Summary |
| 15 | 08/11/99 | "eToys Signs $18 Million Marketing Agreement with America Online: 3-Year Deal Names eToys as Premier Retailer of Children's Products Across AOL Family of |

| | | |
|---|---|---|
| | | Brands" |
| 16 | 08/24/99 | Kick-Off Meeting Agenda |
| 17 | 08/23/99 | E-mail To: Greengg, RL Karp, Patrick Gates, KRodrig1, Kevin, JenLUllyot; Sue Burger, M Telesco; From: CVALLESF; re: eToys Presentation Timing |
| 18 | 08/24/99 | Partnership Kick Off Meeting; August 24, 1999 |
| 19 | 08/25/99 | E-mail To: M Telesco, CVALLESF, RL Karp, Patrick Gates, K Rodrig, Greengg, Raghu, JenLUllyot, Kevin, JasonR; From: Sue Burger; re: eToys Kickoff |
| 20 | 1999 | Holiday Promotion Preview for eToys |
| 21 | 10/07/99 | E-mail To: Sue Burger; From: Now Playing at eToys; re: Reading with Rosie O'Donnell and More! |
| 22 | | AOL Toy Decision Guide Mock-Up |
| 23 | | Presentation on Kids Only Holiday Wish List |
| 24 | 10/08/99 | E-mail To: Sue Burger; From: M Telesco; re: Current eToys Issues |
| 25 | 10/08/99 | E-mail To: Greengg; CC: KRodrig1; Sue Burger; From: M Telesco; re: IMP: eToys WS Change |
| 26 | 10/25/99 | E-mail To: Sue Burger; From: MMINIGAN; re: FWD: eToys Call Summary |
| 27 | 11/10/99 | Review of the Leading Kids E-tailer Quarterly Results |
| 28 | 02/18/00 | E-mail To: Mirza Baig; From: Sue Burger; re: eToys |
| 29 | 02/22/00 | E-mail To: Sue Burger, Iannuccilli, MMINIGAN, CVALLESSF; From: M Telesco; re: FWD: eToys Named Top Overall Web Site of '99 Holiday Season |
| 30 | 03/15/00 | E-mail To: KDWakeford, Mirza Baig; From: Sue Burger; re: eToys-International and BabyCenter |
| 31 | 08/10/99 | Terms of the Amended Carriage Plan |
| 32 | | Letter To: Katherine, Diane, Sue; From: Janine Bousquette; re: eToys and AOL Partnership |

| 33 | 04/05/00 | eToys- Draft Term Sheet |
|---|---|---|
| 34 | 04/27/00 | E-mail To: KatherineB, DStaley, GregRigdon; From Sue Burger; re: eToys Update |
| 35 | 05/15/00 | Account Services Partner Restructuring Form |
| 36 | 05/30/00 | E-mail To: dstaley, katherineb; re: eToys Call |
| 37 | June 2000 | Presentation on Shop@ 2001 |
| 38 | 06/02/00 | E-mail To: MBerlow, ELKeller; From: Sue Burger; E-mail: eToys call |
| 39 | | Talking Points for Pending Call with eToys |
| 40 | 06/27/00 | E-mail To: Sue Burger, Iannacculli; From: M Telesco; re: eToys CY1 Shortfall |
| 41 | | eToys Overview |
| 42 | 08/24/00 | E-mail To: DStaley, KatherineB, Patrickgates; From: Sue Burger; re: eToys Meeting |
| 43 | 09/06/00 | Chart of Forecasted Delta Year 2 and 3 of Term – AOL Version |
| 44 | 09/06/00 | 09/06/00 Chart of Forecasted Delta Year 2 and 3 of Term – eToys Version |
| 45 | 09/13/00 | Memo To: Sue Burger; From: Janine Bousquette; re: Interactive Marketing Agreement |
| 46 | 09/25/00 | E-mail To: Sue Burger; From: Tymoynihan; re: FWD: eToys-Restructuring Sign-offs for WS placements –Time Sensitive |
| 47 | 09/26/00 | Fax To: Janine Bousquette; From: Sue Burger (PX 40, Depo. of Sue Burger) |
| 48 | 09/28/00 | Fax To: Sue Burger; From: Peter Brine |
| 49 | 10/05/00 | E-mail To: Sue Burger; From: Iannacculli; re eToys Proposal |
| 50 | 10/11/00 | E-mail To: Sue Burger, Chris Iannacculli, Chris Valle, Dinah Rigdon, Mirza Baig; From: Peter Brine; re: eToys Carriage Plan |
| 51 | 10/17/00 | E-mail To: SchaenJen; From: Iannacculli; re: eToys |

| 52 | 10/20/00 | Letter To: Sue Burger; From: Janine Bousquette;  re: Toys Inc. Interactive Marketing Agreement |
| 53 | 10/25/00 | E-mail To: Chris Iannacculli, Mirza Baig, Sam Lam, Chris Valle; From Peter Brine; re: AOL BabyCenter Content Agreement |
| 54 | 07/17/03 | eToys 1999 Impression Performance Report |
| 55 | 11/09/00 | Mary Kate and Ashley Mystery Mail |
| 56 | 08/25/2003 | eToys Addendum Summary |
| 57 | 12/15/00 | "eToys Expects Lower Than Esitmated Fiscal Third Quarter Operating Results" |
| 58 | 02/05/01 | "eToys Announces Additional Cost Reduction Efforts, Extension of Standstill Agreement, Notice of Possible Delisting Within 90 Days" |
| 59 | 02/26/01 | Press Releases: "eToys Announces Plans for Bankruptcy Filing", Business Wire; "eToys to File for Bankruptcy, Shut Down Site," Newsbytes |
| 60 | 02/26/01 | eToys Minutes of the Board of Directors Meeting |
| 61 | 03/02/01 | "eToys' Dramatic Fall to Bankruptcy," Compuserve News |
| 62 | | E-toys Search |
| 63 | | Level 1 Summary of November 2000 |
| 64 | | Performance Summary of December 2000 |
| 65 | | eToys Overview |
| 70 | 11/15/99 | 09/30/99 eToys, Inc. Form 10-Q |
| 71 | 02/14/00 | 12/31/99 eToys, Inc. Form 10-Q |
| 72 | 02/07/00 | eToys, Inc. Form S-1 |
| 73 | 06/02/00 | 03/31/00 eToys, Inc. Form 10-K |
| 74 | 06/02/00 | 06/02/00 eToys, Inc. Form 8-K |
| 75 | 08/14/00 | 06/30/00 eToys, Inc. Form 10-Q |

| 76 | 11/14/00 | 09/30/00 eToys, Inc. Form 10-Q |
| 77 | 12/18/00 | 12/15/00 eToys, Inc. Form 8-K |
| 78 | 02/14/01 | 12/31/00 eToys, Inc. Form 10-Q |
| 79 | 01/05/01 | 01/04/01 eToys, Inc. Form 8-K |
| 80 | | Table: eToys, Inc. Share Price Trading and Volume, August 1999 |
| 81 | | Table: eToys, Inc. Daily Stock Price, Nov. 15, 2000-Feb 28, 2001 |
| 82 | | eToys, Inc. Annual Report for March 31, 2000 |
| 83 | | Illustrative Slides Re: Hutchin's Expert Testimony |
| 84 | | Index of Documents Hutchins Relied Upon For Expert Testimony |

February 11, 2008

Karen C. Bifferato (No. 3279)
Marc J. Phillips (No. 4445)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
Tel: (302) 658-9141
Fax: (302) 658-5614

-and-

Craig Goldblatt
Michael Snyder
Wilmer Hale LLP
1875 Pennsylvania Ave., N.W.
Washington, DC  20006
Tel: (202) 663-6000
Fax: (202) 663-6363

#591510v1

## CERTIFICATE OF SERVICE

I, Marc J. Phillips, hereby certify that on the 11th day of February, 2008, I caused a true and correct copy of the foregoing **Appellee's Counter-Designation** to be served upon the person or entity indicated below in the manner indicated below.

Marc J. Phillips (No. 4445)

**VIA HAND DELIVERY**

Frederick B. Rosner, Esquire
Duane Morris LLP
1100 N. Market Street, Ste. 1200
Wilmington, DE 19801

Mark S. Kenney, Esquire
Office of the U. S. Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Gregory W. Werkheiser, Esquire
Richard  D. Allen, Esquire
Thomas W. Briggs, Jr., Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE  19801

**VIA FACSIMILE AND FIRST CLASS U.S. MAIL**

Susan Balaschak, Esquire
Dreier LLP
499 Park Avenue, 14th Floor
New York, NY 10022

#591515