IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re EBC I, f/k/a ETOYS, INC., | |
| EBC I, f/k/a ETOYS, INC., <br><br> Appellant, <br><br> v. <br><br> AMERICA ONLINE, INC., <br><br> Appellee. | Civil Action No. 08-100 JJF <br><br> Bankruptcy Case No. 01-706 <br> ADV 03-50003 (MFW) |

### MEDIATOR'S STATUS REPORT

David B. Stratton, Court appointed mediator in the above matter, hereby reports on the status of the above-referenced proceeding as follows:

1. A mediation was held in this matter on April 8, 2008.

2. The case was not settled through the process of mediation.

Dated:   April 14, 2008

/s/ David B. Stratton
David B. Stratton (Del. Bar ID 960)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
(302) 777-6500
Fax: (302) 421-8390



FILED
APR 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

#9525260 v1

## CERTIFICATE OF SERVICE

I, David B. Stratton, hereby certify that on the 14th day of April, 2008, I did serve the foregoing *Mediator's Status Report* by causing a true and correct copy thereof to be served via United States mail, first class, postage pre-paid upon the following parties:

| | |
|---|---|
| Richard D. Allen, Esq. | Marc J. Phillips, Esq. |
| Morris Nichols Arsht & Tunnell | Connolly Bove Lodge & Hutz LLP |
| 1201 Market Street | The Nemours Building |
| P.O. Box 1347 | 1007 N. Orange Street |
| Wilmington, DE 19899 | P.O. Box 2207 |
| | Wilmington, DE 19899 |

/s/ David B. Stratton
David B. Stratton (Del. Bar ID 960)

#9525260 v1