IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| EBC I, f/k/a ETOYS, INC., et al., | : : | Bankruptcy Case 01-706 ADV 03-50003 (MFW) |
| | : | |
| Debtors. | : | |
| EBC I, f/k/a ETOYS, INC., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 08-100 JJF |
| | : | |
| AMERICA ONLINE, INC. | : | |
| | : | |
| Appellee. | : | |

**ORDER**

WHEREAS, the Mediator has filed a Status Report indicating this case has not settled through the process of mediation (D.I. 5);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

Appellants Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

Answering Brief on appeal shall be filed within **fifteen (15) days** of receipt of opening brief.

Reply Brief on appeal shall be filed within **ten (10) days** of receipt of answering brief.

April 18, 2008                                                    /s/ Joseph J. Farnan
DATE                                                    UNITED STATES DISTRICT JUDGE