IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EBC I, INC. f/k/a ETOYS, INC., et al., | ) | Bankruptcy Case No. 01-706 |
| | ) | ADV 03-50003(MFW) |
| Debtors. | ) | |
| | ) | |
| EBC I, INC., f/k/a ETOYS, INC., | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 08-100(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICA ONLINE, INC., | ) | |
| | ) | |
| Appellee. | ) | |

**STIPULATION AND ORDER ESTABLISHING**
**APPELLATE BRIEFING SCHEDULE**

Appellant EBC I, Inc. ("EBC I"), f/k/a eToys, Inc. and Appellee America Online, Inc. ("AOL"), by and through their respective undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. EBC I shall file and serve its opening brief on or before May 23, 2008.

2. AOL shall file and serve its answering brief on or before June 25, 2008.

3. EBC I shall file and serve its reply brief on or before July 11, 2008.

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ *Thomas W. Briggs, Jr.*

Richard D. Allen (#469)
Gregory W. Werkheiser (#3553)
Thomas W. Briggs, Jr. (#4076)
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
   *Attorneys for Appellant*
   *EBC I, Inc., f/k/a eToys, Inc.*


CONNOLLY BOVE LODGE & HUTZ LLP

/s/ *Marc J. Phillips*

Marc J. Phillips (#4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 884-6581
   *Attorneys for Appellee*
   *America Online, Inc.*

SO ORDERED this ____ day of April, 2008.

_____
U.S. District Judge

April 25, 2008

2302370

## CERTIFICATE OF SERVICE

I, Thomas W. Briggs, Jr., hereby certify that on April 25, 2008 I electronically filed the Stipulation and Order Establishing Appellate Briefing Schedule, which will send notification of such filing(s) to the following:

Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899


/s/ *Thomas W. Briggs, Jr.*
Thomas W. Briggs (#4076)