IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EBC I, INC. f/k/a ETOYS, INC., et al., | ) | Bankruptcy Case No. 01-706 |
| | ) | ADV 03-50003(MFW) |
| Debtors. | ) | |
| | ) | |
| EBC I, INC., f/k/a ETOYS, INC., | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 08-100(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICA ONLINE, INC., | ) | |
| | ) | |
| Appellee. | ) | |

**AMENDED STIPULATION AND ORDER ESTABLISHING
APPELLATE BRIEFING SCHEDULE**

Appellant EBC I, Inc. ("EBC I"), f/k/a eToys, Inc. and Appellee America Online, Inc. ("AOL"), by and through their respective undersigned counsel, hereby stipulate and agree to amend the Stipulation and Order Establishing Appellate Briefing Schedule entered in this case, subject to the approval of the Court, as follows:

1. EBC I shall file and serve its opening brief on or before June 3, 2008.

2. AOL shall file and serve its answering brief on or before July 11, 2008.

3. EBC I shall file and serve its reply brief on or before July 28, 2008.

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ *Thomas W. Briggs, Jr.*
_____
Richard D. Allen (#469)
Gregory W. Werkheiser (#3553)
Thomas W. Briggs, Jr. (#4076)
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
   *Attorneys for Appellant*
   *EBC I, Inc., f/k/a eToys, Inc.*


CONNOLLY BOVE LODGE & HUTZ LLP

/s/ *Marc J. Phillips*
_____
Marc J. Phillips (#4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 884-6581
   *Attorneys for Appellee*
   *America Online, Inc.*


SO ORDERED this ____ day of May, 2008.


_____
U.S. District Judge

May 8, 2008

2302370

## CERTIFICATE OF SERVICE

I, Thomas W. Briggs, Jr., Esquire, certify that I am not less than 18 years of age, and that service of the foregoing Amended Stipulation and Order Establishing Appellate Briefing Schedule was caused to be made on May 8, 2008, upon the attorneys listed below as follows:

### BY HAND DELIVERY AND BY ELECTRONIC SERVICE

Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Christina Thompson, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899

### BY U.S. FIRST-CLASS MAIL

Craig T. Goldblatt, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Thomas W. Briggs, Jr. (No. 4076)

870507